AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pate, Kelly F. | District Court for the Middle District of Alabama | 05/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| magistrate judge - full time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

One Church Street
Suite A-501
Montgomery, AL 36104-4018

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors, President | Family Sunshine Center |
| 2. | Board of Directors, member | Britton YMCA |
| 3. | Board of Directors, member | Federal Defenders Middle District of Alabama |
| 4. | partner | Balch & Bingham LLP |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/19 | Partnership Agreement with Balch & Bingham LLP providing for equity payout of 80% within 45 days of separating; remaining 20% after tax preparation |
| 2. | 2010 | Money Purchase Pension Plan through fmr law firm Balch & Bingham LLP frozen and rolled into 401(k) maintained through Balch & Bingham LLP managed by Mass Mutual |
| 3. | Began 2005 | 401(k) through former law firm Balch & Bingham managed by Mass Mutual |

| Name of Person Reporting | Date of Report |
|---|---|
| Pate, Kelly F. | 05/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Balch & Bingham LLP - equity partner income | $184,203.44 |
| 2. | 2020 | Balch & Bingham LLP - equity payout due to separation from partnership | $22,998.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | travel agent; self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pate, Kelly F.** | 05/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Montgomery Academy | tuition | J |
| 2. Navient | (law shool) Student Loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pate, Kelly F. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vanguard (H) | | | | | | | | | |
| 2. -Vanguard Cash Reserves Federal Money Marked Fund | A | Dividend | J | T | | | | | |
| 3. FederaFranklin Templeton (H) | | | | | | | | | |
| 4. -Franklin LifeSmart 2045 Retirement Target Fund Class C | A | Dividend | J | T | | | | | |
| 5. -Franklin Growth Allocation Fund Class C | A | Dividend | J | T | | | | | |
| 6. Alabama 529 Moderate Age Based Fund | | None | J | T | | | | | |
| 7. Alabama 529 Moderate Age Based Fund | | None | J | T | | | | | |
| 8. Alabama 529 Agressive Age Based Fund | | None | J | T | | | | | |
| 9. Mass Mutual 401k (H) | | | | | | | | | |
| 10. -American Funds EuroPacific Growth Fund | | None | L | T | Sold (part) | 12/04/20 | L | | |
| 11. -BlackRock Health Sciences Opportunites Fund | | None | M | T | Sold (part) | 12/04/20 | L | | |
| 12. -Fidelity Contrafund | | None | M | T | Sold (part) | 12/04/20 | L | | |
| 13. -Sel TRP/LS Blue Chip Growth Fd | | None | M | T | Sold (part) | 12/04/20 | L | | |
| 14. -Moderate Managed Account Portfolio CIT | | None | L | T | | | | | |
| 15. -T. Rowe Price Retirement 2040 Fund | | None | L | T | | | | | |
| 16. Regions Bank Cash Account | | None | J | T | | | | | |
| 17. Synovus Bank Cash Account | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pate, Kelly F.** | 05/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 6-8 - 529 Plan accounts only report unit value. No income or transaction information is provided.

Part VII, Lines 9-15 - 401k Plan account does not report income or transaction information.

Part VII, Line 13 - MassMutual Select T. Rowe Price Loomis Sayles on initial report is renamed to Sel TRP/LS Blue Chip Growth Fd on this report filing.

Part VII, Lines 10-13 - Majority of employer profit sharing portion of 401k plan was paid out upon termination. Account statement only discloses withdrawal amounts. No gain or loss information is provided.

| Name of Person Reporting | Date of Report |
|---|---|
| Pate, Kelly F. | 05/17/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kelly F. Pate**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544